# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DELGADO,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIED INTERSTATE, LLC f/k/a ALLIED INTERSTATE, INC.,<br><br>    Defendant. | Case No. 5:13-cv-844-JGB-DTB<br><br>ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

### ORDER OF JOINT MOTION OF ACTION FOR DISMISSAL

Based upon the Joint Motion of Action for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.

**IT IS HEREBY ORDERED:**

IT IS SO ORDERED:

Date: December 2, 2013

_____
JESUS G. BERNAL
United States District Judge